# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Donahoe and Cherie Donahoe, husband and wife,<br><br>      Plaintiffs,<br><br>vs.<br><br>Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andrew Thomas and Ann Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Deputy Chief Sheriff David Hendershott and Anna Hendershott, husband and wife; William Montgomery only in his official capacity as Maricopa County Attorney; Maricopa County, a municipal entity; and John Does I-X; Jane Does I-X; Black Corporations I-V; and White Partnerships, I-V,<br><br>      Defendants. | **NO. CV-11-00902-PHX-JAT**<br><br>**LEAD NO. CV-10-02756-PHX-NVW**<br><br>CONSOLIDATED WITH:<br><br>NO. CV-10-02757-PHX-NVW<br>NO. CV-10-02758-PHX-NVW<br>NO. CV-11-00116-PHX-NVW<br>NO. CV-11-00262-PHX-NVW<br>NO. CV-11-00473-PHX-NVW<br><br>**ORDER** |
| Donald T. Stapley, Jr. and Kathleen Stapley, husband and wife,<br><br>      Plaintiff,<br><br>vs.<br><br>Sheriff Joseph Arpaio and Ava Arpaio, husband and wife; Andrew Thomas and Ann Thomas, husband and wife; Lisa Aubuchon and Peter R. Pestalozzi, wife and husband; Deputy Chief Sheriff David Hendershott and Anna Hendershott, husband and wife; William Montgomery only in his official capacity as Maricopa County Attorney; | |

Maricopa County, a municipal entity in Arizona; and Does 1-100,

                Defendants.

The Court having reviewed the parties' Stipulation to Consolidate (Doc. 7) filed on June 1, 2011, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation to Consolidate (Doc. 7) filed on June 1, 2011, and good cause appearing,

IT IS FURTHER ORDERED consolidating this matter for all purposes except trial with LEAD CASE *Donahoe v. Arpaio, et al.*, Case No. CV-10-02756-PHX-NVW; *Schuerman v. Arpaio, et al.*, Case No. CV-10-02757-PHX-NVW; *Wilson v. Arpaio, et al.*, Case No. CV-10-2758-PHX-NVW; *Wolfswinkel, et al. v. Arpaio, et al.*, Case No. CV-11-00116-PHX-NVW; *Wetzel v. Arpaio, et al.*, Case No. CV-11-00262-PHX-NVW; *Wilcox v. Arpaio, et al.*, Case No. CV-11-00473-PHX-NVW, and *Stapley v. Arpaio, et al.*, Case No. CV-11-00902-PHX-JAT.

IT IS FURTHER ORDERED that this case shall be governed by the Consolidation Orders entered by Judge Neil V. Wake on April 25, 2011, and by Order (Doc. 51) regarding discovery and disclosures entered in the Lead Case.

IT IS FURTHER ORDERED that this matter is assigned to the Honorable Neil V. Wake for all further proceedings.

Dated this 3rd day of June, 2011.

                *Neil V. Wake*
                Neil V. Wake
                United States District Judge